IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Kimberly Bilinsky,

Plaintiff(s),

v.

American Airlines, Inc.,

Defendant(s).

Case No. 16 C 4253
Judge Virginia M. Kendall

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
      ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) American Airlines, Inc.
  and against plaintiff(s) Kimberly Bilinsky
.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall on a motion for summary judgment.

Date:  8/31/2018                              Thomas G. Bruton, Clerk of Court

                                              /s/ Lynn Kandziora, Deputy Clerk